IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CAR TRANSPORTATION
BROKERAGE COMPANY, INC.                                 PLAINTIFF

       v.            Civil No. 05-5126

BLUE BIRD COMPANY and
JOHN BLEAKLEY R.V. CENTER, INC.,
d/b/a JOHN BLEAKLEY MOTOR HOMES                  DEFENDANTS

## **JUDGMENT**

For the reasons set forth in an order filed herewith, Defendants' Motions to Dismiss (Docs. 3, 13) are GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**The parties have thirty days from the date of entry of Judgment within which to appeal.**

IT IS SO ORDERED this 30th day of November 2005.

                                              /S/ Robert T. Dawson
                                              Robert T. Dawson
                                              United States District Judge